**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Hamilton,<br><br>    Plaintiff,<br><br>v.<br><br>Yavapai Community College District, et al.,<br><br>    Defendants. | No. CV-12-08193-PCT-GMS<br>**LEAD CASE**<br><br>No. CV-15-08095-PCT-GMS<br>(CONSOL. FOR TRIAL)<br><br>**ORDER** |
| Guidance Academy LLC, et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>Daniel Hamilton,<br><br>    Counterdefendant. | |
| Daniel Hamilton,<br><br>    Plaintiff,<br><br>v.<br><br>Yavapai Community College District, et al.,<br><br>    Defendants.<br><br>and<br><br>United States of America,<br><br>    Movant. | |

1    The Court is in receipt of NA Defendants' ("North-Aire") Request for a Ruling on the Joint Statement of Discovery Dispute (Doc 248) filed in Case No. CV-15-08095-PCT-PHX. For the reasons stated below that request is denied.

The parties waited until the date that discovery closed in this matter two years ago to file various discovery disputes with the Court that should have been resolved with the Court prior to the last day of discovery. As the Court advised the parties at that time "The Court . . . is reluctant to provide any relief where it is not clear that the parties could have earlier noticed additional discovery or brought motions to compel to the Court." (Doc. 136 at 2). Nevertheless, the Court responded at length to the various discovery disputes. *See*, *e.g.*, Doc. 136. For example, it compelled the Defendants to respond to requests for admission, (Doc 136 at 4-6), and set forth instructions regarding disputes about asserted privileges in documents and the filing of privilege logs, *Id.* at 6-8. Further, in a final paragraph the Court noted that North-Aire continued to object to the adequacy of some of Hamilton's responses to written discovery. The parties noted they would meet and confer in an effort to resolve those disputes. The Court, however, authorized the parties to file a joint brief if they could not resolve all such issues.

The parties did file such a joint brief a week late on August 11, 2017 (Doc. 151), but, at the same time, the parties resolved their dispute pertaining to the privilege logs and a motion to quash by stipulating to certain additional discovery. (Doc 154). Further requests for additional discovery, filed four months later, were denied. (Doc. 167). Insofar as the Court is aware, the parties never brought to the Court's attention that North-Aire's disputes concerning Hamilton's responses to written discovery remained and that they wanted the Court to resolve those issues. Rather the parties conducted their briefing on the motions for summary judgment, received rulings on those motions, conducted a settlement conference, and waited for two years, just prior to their filing of the joint pretrial statement to request that the Court now resolve the disputes. Under such circumstances the Court declines to do so.

/ / /

**IT IS THEREFORE ORDERED** that North-Aire's Request for a Ruling on the Joint Statement of Discovery Dispute (Doc. 248) is denied filed in Case No. CV-15-08095-PCT-GMS.

Dated this 14th day of August, 2019.

_____
G. Murray Snow
Chief United States District Judge