WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Hamilton,<br><br>        Plaintiff,<br><br>v.<br><br>Yavapai Community College District, et al.,<br><br>        Defendants. | No. CV-12-08193-PCT-GMS<br>**LEAD CASE**<br><br>No. CV-15-08095-PCT-GMS<br>(CONSOL. FOR TRIAL)<br><br>**ORDER** |
| Guidance Academy LLC, et al.,<br><br>        Counterclaimants,<br><br>v.<br><br>Daniel Hamilton,<br><br>        Counterdefendant. | |
| Daniel Hamilton,<br><br>        Plaintiff,<br><br>v.<br><br>Yavapai Community College District, et al.,<br><br>       Defendants.<br><br>and<br><br>United States of America,<br><br>        Movant. | |

Before the Court is Defendants North-Aire Aviation, LLC and Justin and Angela Scott's Motion for Reconsideration (Doc. 818) of the Court's Ruling (Doc. 813) on the United States of America's Motion to Quash Subpoena to Lon Leavitt (Doc. 775). Pursuant to Local Rule 7.2(g)(2), no response may be filed unless ordered by the Court. Accordingly, the Court directs the United States to respond to the instant motion.

**IT IS HEREBY ORDERED** that the United States shall file a response to Defendants Motion for Reconsideration, (Doc. 818), within 7 days of the date of filing of this Order.

Dated this 13th day of April, 2021.

_____
G. Murray Snow
Chief United States District Judge