# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Hamilton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Yavapai Community College District, et al.,<br><br>　　　　Defendants. | **NO. CV-12-08193-PCT-GMS (LEAD)**<br>**CV-15-08095-PCT-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 27, 2021, that judgment is entered in favor of Defendants Yavapai Community College District; John Morgan and April Morgan; Guidance Academy, LLC; John L. Stonecipher and Amanda Alsobrook; NorthAire Aviation, LLC; and Justin and Angela Scott.

IT IS FURTHER ORDERED AND ADJUDGED that no further matters remain pending, and therefore entry of final Judgment on Plaintiff Daniel Hamilton's causes of

//
//
//

action, in both cases No. CV-12-08193-PCT-GMS and No. CV-15-08095-PCT-GMS, is made pursuant to Rule 54(b), Federal Rules of Civil Procedure. This matter is hereby terminated.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

August 27, 2021

                                              s/ S. Hargrove
                                   By   Deputy Clerk