**RICHARD J. HARRIS LAW, P.C.**
4000 Hickory Fairway Dr.
Woodstock, GA 30188
678.733.1408
rjharrislaw@gmail.com
Richard J. Harris, SBN 013859

**CARDEN LIVESAY LTD.**
Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
(480) 345-9500
Attorneys for Relator

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States ex rel. Daniel Hamilton,<br><br>Relator,<br><br>v.<br><br>Yavapai Community College District et al.<br><br>Defendants. | No. CV 12-08193-PCT-GMS<br><br>**NOTICE OF SETTLEMENT DISCUSSION**<br><br>Assigned to the Honorable<br>G. Murray Snow |

Pursuant to the Court's Order (Doc. 1055 ¶ 13) this is the report regarding settlement discussions. Richard Harris (Relator's Counsel) met with Elizabeth Gilbert and Georgia Staton (Yavapai's counsel) as well as with Jeff Walsh (Guidance Parties' counsel) to satisfy the Court's requirement that the parties engage in good faith settlement discussions. Each party's counsel avers that they participated in good faith. No settlement was reached in the discussion. The parties do not believe the assistance of Court would facilitate settlement.

SUBMITTED this December 20, 2024.

| | |
|---|---|
| RICHARD J. HARRIS LAW, P.C.<br><br>By: /s/ Richard Harris<br>Richard J. Harris<br><br>CARDEN LIVESAY, LTD<br>Joshua Carden<br>*Attorneys for Relator* | GREENBERG TRAURIG, LLP<br><br>By: /s/ Jeff Walsh<br>E. Jeffrey Walsh<br>Robert A. Hill<br>*Attorneys for Guidance Academy, LLC,*<br>*John L. Stonecipher and Amanda Alsobrook* |

JONES, SKELTON & HOCHULI, P.L.C.

By: /s/ Georgia Staton
Georgia A. Staton

MILLER KORY ROWE, LLP

By: /s/ Elizabeth Gilbert
Elizabeth Gilbert
*Attorneys for Defendants Yavapai Community College District*